MEMORANDUM ENDORSEMENT

United States v. Darius Monroe
18 CR 585-5 (VB)

In the attached letter, defendant asks that the Court appoint him a lawyer to "see if [he is] eligible for Amendment 782 or 'drugs minus two.'"

The application is DENIED.

Amendment 782 (promulgated by the United States Sentencing Commission), which went into effect on November 1, 2014, lowered the base offense levels for most drug offenses by two levels. The Sentencing Commission also adopted an amendment to Section 1B1.10 of the Sentencing Guidelines which authorized, effective November 1, 2014, retroactive application of Amendment 782. In other words, the amendment applied to offenses committed both before and after November 1, 2014.

Because defendant committed his offense after November 1, 2014, he has already received the benefit of the lower sentencing ranges for drug offenses reflected in the Amendment 782. Accordingly, defendant is not eligible for a further two-level reduction.

Chambers will mail a copy of this Order to defendant at the following address:

Darius Monroe, Reg. 85814-054
USP Canaan
U.S. Penitentiary
P.O. Box 30
Pinellas Park, FL 33781

Dated: April 2, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed   4/2/21
Chambers of Vincent L. Briccetti

4/2/21

RECEIVED APR 02 2021
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Court Clerk
United States District Court
Southern District of New York

UNITED STATES OF AMERICA          18 Cr. 585(VB)
            -v.-
DARIUS MONROE,
                        Defendant.

I HAVE A NON-Violent Drug Case I would like For you to Appoint me A lawyer To see if I Am Eligible for Amendment 782 or "Drugs minus Two" on November 1, 2014 this Amendment was made Retroactive. This means that a Two-level Sentence Reduction may be granted to people like myself.



RECEIVED MAR 31 2021 U.S.D.C. W.P.

Darius Monroe 858 14-054
USP Canaan
PO Box 30
Pinellas Park, FL 33781

LEHIGH VALLEY PA 180
29 MAR 2021 PM 3 L

RECEIVED
MAR 31 2021
U.S.D.C.
W.P.

Court Clerk
United States District Court
300 Quarropas Street
White Plains New York 10601

10601-415099

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
FEDERAL BUREAU OF PRISONS