Copies Mailed/Faxed 10/28/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DARIUS MONROE,
           Petitioner,

v.

UNITED STATES OF AMERICA,
           Respondent.
-----------------------------------------------------------x

**ORDER**

21 CV 4901 (VB)
18 CR 585-5 (VB)

       By letter dated October 17, 2021 (Doc. #11 in Case No. 21 CV 4901), petitioner Darius Monroe informed the Court that he does not wish to have his pending Section 2241 motion recharacterized as a Section 2255 motion and that he wishes to withdraw the motion.

       Accordingly, the pending Section 2241 motion is DISMISSED WITHOUT PREJUDICE as withdrawn.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       The Clerk is instructed to close Case No. 21 CV 4901.

       Chambers will mail a copy of this Order to Monroe at the following address:

Darius Monroe, Reg. No. 85814-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA  18472

Dated: October 28, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1