Copies Mailed/Faxed 11-1-21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                    :     **ORDER**
v.                                  :
                                    :     18 CR 585-05 (VB)
DARIUS MONROE,                      :
                        Defendant.  :
--------------------------------------------------------x

On November 1, 2021, the Court received a "motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i)" from defendant Darius Monroe. The motion will be separately docketed.

By Memorandum Opinion and Order dated July 2, 2020 (Doc. #106), the Court denied Monroe's previous motion to reduce sentence (Doc. #87), finding that no extraordinary or compelling reasons warranted Monroe's early release. The instant motion appears to be substantially identical to the previous motion, with some additions.

By November 15, 2021, the government shall file a response to the motion. The government is directed to address the merits of the motion.

Chambers will mail a copy of this Order to defendant at the following address:

Darius Monroe, Reg. No. 85814-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

Dated: November 1, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge